**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

          Chapter 13

          Bankruptcy No. 14-13860-AMC

Eusebio Nieves, Jr.
Jean M. Nieves
1122 S. Divinity Street

Philadelphia, PA 19143

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    Eusebio Nieves, Jr.
    Jean M. Nieves
    1122 S. Divinity Street

    Philadelphia, PA 19143

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    CURTIS CENTER - SUITE 160 WEST
    601 WALNUT STREET
    PHILA, PA 19106-

                                              /S/ William C. Miller

Date: 8/2/2016                                  _____
                                                    William C. Miller, Esquire
                                                    Chapter 13 Standing Trustee