United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 14-13860-amc
Eusebio Nieves, Jr.                                                        Chapter 13
Jean M. Nieves
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: JeanetteG    Page 1 of 2    Date Rcvd: Sep 13, 2016
                       Form ID: pdf900     Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2016.
```
db/jdb         +Eusebio Nieves, Jr.,    Jean M. Nieves,    1122 S. Divinity Street,    Philadelphia, PA 19143-4302
13306597        Bill Me Later PayPall Service,    Bill Me Later Correspondence,    P.O. Box 2394,
                 Omaha, NE 68103-2394
13306599       +Global Credit,    20010 Century Blvd Ste 4,    Germantown, MD 20874-1118
13306602        Internal Revenue Service,    Attn: Special Procedures,    6th and Arch Streets,
                 Philadelphia, PA 19106
13325878        Jefferson University Hospitals,    State Collection Service, Inc,    2509 S Stoughton Rd,
                 PO Box 6250,    Madison WI  53716-0250
13306604       +KML Law Group,    Suite 5000 - Mellon Independence Ctr.,    701 Market Street,
                 Philadelphia, PA 19106-1538
13306603       +Keystone Health Plan East,    P.O. Box 11855,    Newark, NJ 07101-0020
13423900       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13306605       +Midland Mtg/Midfirst,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
13306606        Phila Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
13343717       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13306607       +Rjm Acq Llc,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
13306608       +Verizon,    500 Technology Dr Suite 300,    Weldon Spring, MO 63304-2225
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Sep 14 2016 02:12:16     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 14 2016 02:11:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 14 2016 02:12:14     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13357264       +E-mail/Text: EBNProcessing@afni.com Sep 14 2016 02:12:09     Afni, Inc,    PO Box 3667,
                 Bloomington, IL 61702-3667
13306596       +E-mail/Text: EBNProcessing@afni.com Sep 14 2016 02:12:09     Afni, Inc.,    Po Box 3427,
                 Bloomington, IL 61702-3427
13407053        E-mail/Text: bankruptcy@phila.gov Sep 14 2016 02:12:16     City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13306598       +E-mail/Text: bankruptcy@cavps.com Sep 14 2016 02:12:11     Cavalry Portfolio Servides, LLC,
                 PO Box 27288,    Tempe, AZ 85285-7288
13314164       +E-mail/Text: bankruptcy@cavps.com Sep 14 2016 02:12:11     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13306600        E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2016 02:03:22     Green Tree Servicing L,
                 332 Minnesota St Ste 610,    Saint Paul, MN 55101
13324977        E-mail/Text: bankruptcy.bnc@ditech.com Sep 14 2016 02:11:50     Green Tree Servicing, LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154,    Telephone number: 888-298-7785
13324978       +E-mail/Text: bankruptcy.bnc@ditech.com Sep 14 2016 02:11:50     Green Tree Servicing, LLC,
                 PO BOX 0049,    Palatine, IL 60055-0049,    Telephone number 60055-0049
13306601       +E-mail/Text: bankruptcy@icsystem.com Sep 14 2016 02:12:27     I C System Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
13320057       +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 14 2016 02:12:10
                 International Collection Services,    c o Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-7999
13317057        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 14 2016 02:12:10     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13306609        E-mail/Text: james.feighan@phila.gov Sep 14 2016 02:12:31     Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                               TOTAL: 15

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: JeanetteG              Page 2 of 2                  Date Rcvd: Sep 13, 2016
                              Form ID: pdf900              Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    MIDFIRST BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Joint Debtor Jean M. Nieves dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Debtor Eusebio  Nieves, Jr. dmo160west@gmail.com,
               davidoffenecf@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                            TOTAL: 5
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Eusebio Nieves, Jr.                    Chapter 13
Jean M. Nieves

                Debtor                  Bankruptcy No. 14-13860-AMC

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

**AND NOW**, this _____ day of _____, 2016 upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
CURTIS CENTER - SUITE 160 WEST
601 WALNUT STREET
PHILA, PA 19106-

Debtor:
Eusebio Nieves, Jr.
Jean M. Nieves
1122 S. Divinity Street

Philadelphia, PA 19143